583 A.2d 325

BOROUGH OF SAYREVILLE, ETC., v. COUNTY OF MIDDLESEX
AND MIDDLESEX COUNTY
UTILITIES AUTHORITY.

February 20, 1990.

Petition for certification denied.

583 A.2d 326

W.W. v. I.M.

February 20, 1990.

Motion to dismiss the appeal granted. (See 231 *N.J.Super.*
495, 555 *A*.2d 1149)

583 A.2d 326

STATE OF NEW JERSEY v. JAMES ANTHONY BROWN.

February 26, 1990.

Petition for certification denied.